**IT IS ORDERED as set forth below:**



**Date: June 16, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **LARONZA LOPEZ BOYKIN**, | : | CASE NO. **22-10458**-PMB |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| EXETER FINANCE LLC F/K/A/ | : | |
| EXETER FINANCE CORP., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| LARONZA LOPEZ BOYKIN, Debtor; | : | |
| and JAMES G. BAKER, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**ORDER**

This matter came on for hearing June 15, 2022, on the *Motion for Relief from Automatic Stay* (the "Motion") filed on May 5, 2022, by Exeter Finance LLC f/k/a/ Exeter

Finance Corp. (the "Movant")(Doc. No. 8).  Movant claims a security interest in Debtor's vehicle: 2011 Chevrolet Camaro (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. It is further

ORDERED that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO & WILLIAMS, P.C.
Attorneys for Movant


By:    /s/
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Laronza Lopez Boykin
204 Bennett Cir
Carrollton, GA 30117

Philip William Lehman
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

James G. Baker
Chapter 7 Trustee
305 North Greenwood Street
LaGrange, GA 30240